UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
CIVIL ACTION NO. 5:25-cv-00090-DCR


MELVIN P. LITTERAL                                                                          PLAINTIFF

v.                                          **JOINT STATUS REPORT**

RYAN WELLS, ET AL.                                                                         DEFENDANTS


***** ***** *****


Come the Plaintiff, Melvin P. Litteral, and each of the Defendants, by counsel, and pursuant to Order of the Court (DN # 11), hereby submit this Joint Status Report.

The resisting arrest charge related to this matter has now been resolved with the resisting arrest charge having been dismissed by the Fayette Circuit Court with no stipulation of probable cause for the arrest by the Plaintiff, Melvin P. Litteral. A copy of the Fayette Circuit Court Judgment entered February 16, 2026 is attached. The misdemeanor conviction of wanton endangerment 2nd degree referenced in the Fayette Circuit Court Judgment related to an incident that occurred earlier in the day for which the Plaintiff was being charged, but not at the time of arrest which was later in the day.

/s/ Edward L. Cooley
Edward L Cooley
ed@cirlegal.com
Rhonda Nicole Iuliano
nicole@cirlegal.com
Michael Ryan Robey
ryan@cirlegal.com
COOLEY IULIANO ROBEY, PLLC
201 West Short Street, Suite 500
Lexington, KY  40507
Telephone:  (859) 258-2697
Facsimile:  (859) 402-0296
*Counsel for Plaintiff*

/s/ Chris Eller, Esq. *(with permission)*
Lexington-Fayette Urban County Government
Department of Law
200 East Main Street, 11th Floor
Lexington, Kentucky  40507
Telephone:  859-258-3500
Email: celler@lexingtonky.gov
*Counsel for LFUCG*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing has been served upon

all counsel of record by filing same with Court's electronic filing system.


/s/ Edward L. Cooley
Edward L Cooley
COOLEY IULIANO ROBEY, PLLC
201 West Short Street, Suite 500
Lexington, KY  40507
Telephone:  (859) 258-2697
Facsimile:   (859) 402-0296
*Counsel for Plaintiff*

2