Entered        24-CR-00466 02/16/2026                  Vincent Riggs, Fayette Circuit Clerk

*Electronically Filed*
**FAYETTE CIRCUIT COURT**
**CRIMINAL BRANCH**
**SEVENTH DIVISION**

COMMONWEALTH OF KENTUCKY                                              PLAINTIFF

VS.                    **JUDGMENT ON GUILTY PLEA**                    24-CR-0466
             **FINAL SENTENCING – CREDIT FOR TIME SERVED**

MELVIN P. LITTERAL III                                               DEFENDANT

CHARGE(S):   Count 1: Wanton Endangerment – 1st Deg (F)(D)
             (Am: Wanton Endangerment – 2nd Deg (M)(A)) – CTS  (credit for time served)
             Count 2: Resisting Arrest (M)(A) - DWPlea

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On this **13th day of February 2026**, the Defendant, **Melvin P. Litteral III** appeared in open Court by counsel **Mr. Edward Cooley** to enter a guilty plea. **Mr. Morris Hall**, the Official Court Recorder of this Court, recorded the proceedings.

The Defendant, with advice of counsel and agreement of the Commonwealth, filed a "Waiver of Further Proceedings with Petition to Enter a Plea of Guilty" and entered a plea of guilty to the crime(s) of **Count 1: Wanton Endangerment – 1st Deg (F)(D) (Am: Wanton Endangerment – 2nd Deg (M)(A)) – CTS, and Count 2: Resisting Arrest (M)(A) - DWPlea.**

It is ORDERED that the Petition be filed, the Defendant's plea of "GUILTY" be accepted and entered as prayed in the Petition and as recommended in the Certificate of Counsel.

The Court finds that the Defendant understands the nature of the charge(s) against him, the elements of any lesser included offense, the defenses that may be available if the case is tried, that the plea is voluntary, that the Defendant knowingly and voluntarily waives his right to a trial by jury, privilege against self-incrimination and right of confrontation, and that there is a factual basis

1

for the Defendant's plea.

IT IS THEREFORE ORDERED BY THE COURT that the Defendant is guilty of the crime(s) of **Count 1: Wanton Endangerment – 1ˢᵗ Deg (F)(D) (Am: Wanton Endangerment – 2ⁿᵈ Deg (M)(A)) – CTS and Count 2: Resisting Arrest (M)(A) - DWPlea.** and notes of record the Commonwealth's recommendation of a sentence **Count 1: Credit Time Served and Count 2: Dismissed with Plea** running CONSECUTIVELY with all other pending cases.

IT IS FURTHER ORDERED the Defendant has waived final sentencing and the Defendant's sentence be imposed.

IT IS FURTHER ORDERED that if the Defendant posted a financial bond, then the bond shall be applied to the payment of fines and costs and the balance refunded to the Defendant. If the bond was posted by a third party, then the bond shall be refunded to the surety. If there is a valid bond assignment in place, the clerk shall first release the assigned amount and then the balance, if any, shall be refunded.



/s/ JUDGE DIANE MINNIFIELD
electronically signed
2/16/2026 11:34:19 AM ET

JUDGE FAYETTE CIRCUIT COURT

Copies To:

Commonwealth Attorney – ACA Traci Caneer
Hon. Edward Cooley
Pre-Trial Services
Probation and Parole

BY: _____D.C.
VINCENT RIGGS, C.F.C.C

2