**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **MELVIN LITTERAL** ) | |
| ) | |
| **Plaintiff,** ) | **Case No. 5:25-CV-00090-DCR** |
| ) | |
| **v.** ) | |
| ) | |
| **RYAN WELLS** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

---

**NOTICE OF SERVICE OF LFUCG'S NOTICE OF INTENT TO OBTAIN EMPLOYEE PERSONNEL RECORDS VIA SUBPOENA *DUCES TECUM***

---

Defendant, the Lexington-Fayette Urban County Government, by and through counsel, hereby gives notice of service of its Notice of Intent to Obtain Employee Personnel Records via Subpoena *Duces Tecum* to Plaintiff, Melvin Litteral, on June 25, 2026.

Respectfully submitted,

/s/ Chris Eller

Chris Eller, Esq.
LFUCG Department of Law
200 East Main Street, 11th Floor
Lexington, Kentucky 40507
Telephone: (859) 258-3500
celler@lexingtonky.gov
*Counsel for LFUCG, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June 2026, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Chris Eller

*Counsel for LFUCG, et al.*

1