UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:25-cv-00090-DCR
*Filed Electronically*

MELVIN P. LITTERAL                                                            PLAINTIFF

V.                            **JOINT STATUS REPORT**

RYAN WELLS, *et al.*                                                         DEFENDANTS

Comes the Plaintiff, and each of the Defendants, by counsel and pursuant this Court's Order (DE #11), and hereby submit their monthly Status Report, and states as follows:

Written discovery is ongoing and the parties, by and through counsel, have begun communications concerning the scheduling of depositions, which should begin in August 2026.

Date: July 1, 2026

HAVE SEEN AND AGREED:

/s/ *Charles D. Cole*
Charles D. Cole
STURGILL, TURNER, BARKER & MOLONEY, PLLC
333 W. Vine Street, Suite 1500
Lexington, KY 40507
Telephone: (859) 255-8581
ccole@sturgillturner.com
COUNSEL FOR DEFENDANTS
RYAN WELLS AND RACHAEL CURNUTTE

/s/ Chris Eller, Esq. (w/permission)
Chris Eller
Lexington-Fayette Urban County Government
Department of Law

1

200 East Main Street, 11th Floor
Lexington, KY 40507
Telephone: (859) 258-3500
celler@lexingtonky.gov
COUNSEL FOR LFUCG DEFENDANTS

/s/ Edward L. Cooley (w/permission)
Edward L. Cooley
COOLEY IULIANO ROBEY, PLLC
201 West Short Street, Suite 500
Lexington, KY 40507
Telephone: (859) 258-2697
ed@cirlegal.com
COUNSEL FOR PLAINTIFF

4913-1118-5593, v. 2

2